334

(No. 6273— )

Engineering Service Corporation, Claimant, vs. State of Illinois, Department of Mental Health, Respondent.

*Opinion filed February 17, 1972.*

Engineering Service Corporation, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6283— )

Lankton, Ziegele, Terry and Associates, Inc., Claimant, vs. State of Illinois, Departments of Public Works and Buildings and Mental Health, Respondent.

*Opinion filed February 17, 1972.*

Lankton, Ziegele, Terry and Associates, Inc., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.